[918 NE2d 949, 890 NYS2d 435]

In the Matter of 47 AVE. B. EAST INC., Respondent, v NEW YORK STATE LIQUOR AUTHORITY, Appellant.

Decided October 22, 2009

**APPEARANCES OF COUNSEL**

*Thomas J. Donohue*, New York City, and *Scott A. Weiner* for appellant.

*Mehler & Buscemi*, New York City (*Martin P. Mehler* of counsel), for respondent.

**OPINION OF THE COURT**

MEMORANDUM.

The order of the Appellate Division should be reversed with costs, and the petition dismissed. The State Liquor Authority (SLA)'s finding that petitioner permitted overcrowding on the premises in violation of SLA rules was supported by substantial evidence (*300 Gramatan Ave. Assoc. v State Div. of Human Rights*, 45 NY2d 176, 180 [1978]).

Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES concur in memorandum; Chief Judge LIPPMAN taking no part.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order reversed, etc.